**FILED**
James J. Vilt Jr,
Clerk
September 30, 2022
U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                          Case No.:   3:22MJ-589

**KELVIN R. PORTWOOD**                                              DEFENDANT

## MOTION TO SEAL CRIMINAL COMPLAINT

Comes the United States of America, by counsel, Joshua Judd, Assistant United States Attorney for the Western District of Kentucky, and moves the Court to order and direct that the criminal complaint and affidavit, charging the above-named defendant with a violation of Title 18, United States Code, Section 111(a)(1), be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the complaint, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant. The basis of this request is that law enforcement is going to arrest the defendant, and he is likely to be armed and has resisted and threatened law enforcement previously.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Joshua D. Judd
Assistant U.S. Attorney