UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     Case No.:    3:22MJ-589

**KELVIN R. PORTWOOD**     DEFENDANT

### ORDER

The criminal complaint charging the above-named defendant with a violation of Title 18, United States Code, Section 111(a)(1), is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 30th day of September, 2022.

September 30, 2022

Regina S. Edwards, Magistrate Judge
United States District Court

ENTERED
JAMES J. VILT JR., CLERK
9/30/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY