# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**VS.**                      **CRIMINAL ACTION NUMBER: 3:22-MJ-589**

**KELVIN R. PORTWOOD**                                                        **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on October 3, 2022 to conduct an initial appearance.

### APPEARANCES

| | |
|---|---|
| For the United States: | Joshua D. Judd, Assistant United States Attorney |
| For the defendant: | Defendant Kelvin R. Portwood – Present and in custody |
| Court Reporter: | Digitally recorded |

Upon motion of the United States to unseal the Complaint,

**IT IS HEREBY ORDERED** that the Complaint is **UNSEALED.**

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charge contained therein and was advised of his rights. The defendant advised the Court that he would retain counsel for future proceedings.

The United States having moved for the detention of the defendant,

**IT IS FURTHER ORDERED** that this matter is scheduled for a combined preliminary and detention hearing on **October 4, 2022 at 2:30 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 4th day of October, 2022      **ENTERED BY ORDER OF THE COURT:**
                                                          **REGINA S. EDWARDS**
                                                          **UNITED STATES MAGISTRATE JUDGE**
                                                          **JAMES J. VILT, JR., CLERK**
                                                          **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|15